B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re    **Gas-Mart USA, Inc.**                                                    Case No.

                                                    Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| See attachment | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.
In re    **Gas-Mart USA, Inc.**                                                    Case No. _____

                                         Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 2, 2015**                    Signature  **/s/ John Tittle, Jr.**
                                                     **John Tittle, Jr.**
                                                     **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**GASMART USA, AVING-RICE, FRAN, AND G&G**
**TOP 40 CONSOLIDATED UNSECURED DEBT LISTING**
**AS OF JUNE 30, 2015**

| | Balance | Vendor | Address | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | $3,800,000.00 | GSA TRUST | 10459 PARK MEADOWS | UNIT 101 | LITTLETON | CO | 80124 |
| 2 | $2,723,930.08 | PHILLIPS 66 FUEL | 600 NORTH DAIRLY ASHFORD | | HOUSTON | TX | 77079 |
| 3 | $1,000,109.29 | CITGO | 1293 ELDRIDGE PARKWAY | | HOUSTON | TX | 77077-1670 |
| 4 | $990,656.53 | FARNER BOCKEN COMAPNY | PO BOX 368 | | CARROLL | IA | 51401 |
| 5 | $616,773.61 | GREEN IMPLEMENTATION GROUP LLC | C/O ALEXEI MIKHAILOV | 300 EAST SMOKETREE TERRACE | ALPHARETTA | GA | 30005 |
| 6 | $414,472.30 | SUNRISE AG SERVICE CO | 20735 HWY 125W | PO BOX 108 | VIRGINIA | IL | 62691 |
| 7 | $406,125.01 | KLEMM TANK LINES | PO BOX 74277 | | CLEVELAND | OH | 44194-4277 |
| 8 | $381,738.10 | CG BATAVIA HOLDINGS, LLC | 2439 KUSER ROAD | | HAMILTON | NJ | 08690 |
| 9 | $311,580.00 | DAN JOHN PROPERTIES, LLC | 1806 ISLEWORTH CT | | OLDSMAR | FL | 34677 |
| 10 | $300,865.11 | SOLARAY | PO BOX 1168 | 620 S LINDEN | SAPULPA | OK | 74067 |
| 11 | $268,282.10 | McDOWELL RICE SMITH & BUCHANAN | ATTORNEYS AT LAW | 605 W. 47TH STREET SUITE 350 | KANSAS CITY | MO | 64112 |
| 12 | $254,463.27 | MACK OIL CORP | 2390 E ALGONQUIN ROAD | | ALGONQUIN | IL | 34677 |
| 13 | $233,487.00 | JOHN DAN PROPERTIES,LLC | 1806 ISLEWORTH CT | | OLDSMAR | FL | 60045 |
| 14 | $227,568.00 | CORNELIA SAWLE | PO BOX 46 | | LAKE FOREST | IL | 60680 |
| 15 | $192,000.00 | POLSINELLI PC | PO BOX 878681 | | KANSAS CITY | MO | 64180-7769 |
| 16 | $168,187.85 | COOK COUNTY TREASURER | P.O. BOX 805436 | | CHICAGO | IL | 77210 |
| 17 | $167,847.34 | WILLOW GAS | 6949 KINGERY HIGHWAY | | WILLOWBROOK | IL | 60674 |
| 18 | $162,889.38 | CARDTRONICS | PO BOX 4346 | DEPARTMENT 364 | HOUSTON | TX | 64187 |
| 19 | $156,363.56 | COCA COLA MID AMERICA DIVISION | 2335 PAYSPHERE CIRCLE | | CHICAGO | IL | 60675-5948 |
| 20 | $83,548.17 | PEPSI BOTTLING GROUP | PEPSIAMERICAS | P.O. BOX 75948 | CHICAGO | IL | 66202 |
| 21 | $78,486.84 | KANSAS CITY STAR | 1729 GRAND BLVD | | KANSAS CITY | MO | 60673-1228 |
| 22 | $71,782.00 | GLENN BAUER | 5607 BEVERLY LN | | MISSION | KS | 62526 |
| 23 | $71,121.92 | ARAMARK UNIFORM SERVICES | 22808 NETWORK PL | | CHICAGO | IL | 62832 |
| 24 | $67,856.50 | PEPSI | 2112 N BRUSH COLLEGE RD | | DECATUR | IL | 60674 |
| 25 | $65,224.39 | CROESSMANN WHOLESALE | 7 WEST MAIN | PO BOX 1117 | DU QUOIN | IL | 62794-9299 |
| 26 | $64,204.88 | BABA FIRNA | 902 MULBERRY | | MT CARMEL | IL | 74170-7600 |
| 27 | $60,943.56 | COKE | 2335 PAYSHERE CIRCLE | | CHICAGO | IL | 67278 |
| 28 | $56,183.27 | DIRECTOR OF EMPLOYMENT SECURITY | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | P O BOX 19299 | SPRINGFIELD | IL | 63102 |
| 29 | $56,084.71 | FMS INC/WALMART CHECK CASHING | PO BOX 707600 | | TULSA | OK | 62401 |
| 30 | $55,198.07 | KANSAS TURNPIKE AUTHORITY | PO BOX 780007 | | WICHITA | KS | 60689-5332 |
| 31 | $51,996.97 | LANDSHIRE, INC. | 727 N FIRST STREET | | ST LOUIS | MO | 60673-1232 |
| 32 | $51,698.56 | EFFINGHAM COUNTY | PO BOX 399 | | EFFINGHAM | IL | 60197-4203 |
| 33 | $48,465.99 | RYKO SOLUTIONS INC | 3217 MOMENTUM PLACE | | CHICAGO | IL | 60134-4025 |
| 34 | $45,256.39 | DR PEPPER SNAPPLE GROUP DBA | SEVEN UP SNAPPLE | 23214 NETWORK PLACE | CHICAGO | IL | 51501 |
| 35 | $44,822.87 | DUPAGE COUNTY COLLECTOR | PO BOX 4203 | | CAROL STREAM | IL | 66061 |
| 36 | $43,868.59 | BABA PEER | PO BOX 856 | | GREENUP | IL | 60031 |
| 37 | $42,389.73 | KANE COUNTY TREASURER | P.O. BOX 4025 | | GENEVA | IL | 66211 |
| 38 | $42,283.00 | POTTAWATAMIE COUNTY TREASURER | 227 S 6TH ST | | COUNCIL BLUFFS | IA | 66601 |
| 39 | $41,301.71 | RM CONSTRUCTION | 1250 N WINCHESTER STE G & H | | OLAHTE | KS | 60673-1245 |
| 40 | $39,683.07 | PINNACLE PROPANE EXPRESS, LLC. | 3815 GRANDVILLE | UNIT B | GURNEE | IL | 66111 |

GASMART USA, AVING-RICE, FRAN, AND G&G
TOP 40 CONSOLIDATED UNSECURED DEBT LISTING
AS OF JUNE 30, 2015

| | Balance | Vendor | Address | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1 | $3,800,000.00 | GSA TRUST | 10459 PARK MEADOWS | UNIT 101 | LITTLETON | CO | 80124 |
| 2 | $2,723,930.08 | PHILLIPS 66 FUEL | 600 NORTH DAIRLY ASHFORD | | HOUSTON | TX | 77079 |
| 3 | $1,000,109.29 | CITGO | 1293 ELDRIDGE PARKWAY | | HOUSTON | TX | 77077-1670 |
| 4 | $990,656.53 | FARNER BOCKEN COMAPNY | PO BOX 368 | | CARROLL | IA | 51401 |
| 5 | $616,773.61 | GREEN IMPLEMENTATION GROUP LLC | C/O ALEXEI MIKHAILOV | 300 EAST SMOKETREE TERRACE | ALPHARETTA | GA | 30005 |
| 6 | $414,472.30 | SUNRISE AG SERVICE CO | 20735 HWY 125W | PO BOX 108 | VIRGINIA | IL | 62691 |
| 7 | $406,125.01 | KLEMM TANK LINES | PO BOX 74277 | | CLEVELAND | OH | 44194-4277 |
| 8 | $381,738.10 | CG BATAVIA HOLDINGS, LLC | 2439 KUSER ROAD | | HAMILTON | NJ | 08690 |
| 9 | $311,580.00 | DAN JOHN PROPERTIES, LLC | 1806 ISLEWORTH CT | | OLDSMAR | FL | 34677 |
| 10 | $300,865.11 | SOLARAY | PO BOX 1168 | 620 S LINDEN | SAPULPA | OK | 74067 |
| 11 | $268,282.10 | McDOWELL RICE SMITH & BUCHANAN | ATTORNEYS AT LAW | 605 W. 47TH STREET SUITE 350 | KANSAS CITY | MO | 64112 |
| 12 | $254,463.27 | MACK OIL CORP | 2390 E ALGONQUIN ROAD | | ALGONQUIN | IL | 34677 |
| 13 | $233,487.00 | JOHN DAN PROPERTIES,LLC | 1806 ISLEWORTH CT | | OLDSMAR | FL | 60045 |
| 14 | $227,568.00 | CORNELIA SAWLE | PO BOX 46 | | LAKE FOREST | IL | 60680 |
| 15 | $192,000.00 | POLSINELLI PC | PO BOX 878681 | | KANSAS CITY | MO | 64180-7769 |
| 16 | $168,187.85 | COOK COUNTY TREASURER | P.O. BOX 805436 | | CHICAGO | IL | 77210 |
| 17 | $167,847.34 | WILLOW GAS | 6949 KINGERY HIGHWAY | | WILLOWBROOK | IL | 60674 |
| 18 | $162,889.38 | CARDTRONICS | PO BOX 4346 | DEPARTMENT 364 | HOUSTON | TX | 64187 |
| 19 | $156,363.56 | COCA COLA MID AMERICA DIVISION | 2335 PAYSPHERE CIRCLE | | CHICAGO | IL | 60675-5948 |
| 20 | $83,548.17 | PEPSI BOTTLING GROUP | PEPSIAMERICAS | P.O. BOX 75948 | CHICAGO | IL | 66202 |
| 21 | $78,486.84 | KANSAS CITY STAR | 1729 GRAND BLVD | | KANSAS CITY | MO | 60673-1228 |
| 22 | $71,782.00 | GLENN BAUER | 5607 BEVERLY LN | | MISSION | KS | 62526 |
| 23 | $71,121.92 | ARAMARK UNIFORM SERVICES | 22808 NETWORK PL | | CHICAGO | IL | 62832 |
| 24 | $67,856.50 | PEPSI | 2112 N BRUSH COLLEGE RD | | DECATUR | IL | 60674 |
| 25 | $65,224.39 | CROESSMANN WHOLESALE | 7 WEST MAIN | PO BOX 1117 | DU QUOIN | IL | 62794-9299 |
| 26 | $64,204.88 | BABA FIRNA | 902 MULBERRY | | MT CARMEL | IL | 74170-7600 |
| 27 | $60,943.56 | COKE | 2335 PAYSHERE CIRCLE | | CHICAGO | IL | 67278 |
| 28 | $56,183.27 | DIRECTOR OF EMPLOYMENT SECURITY | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | P O BOX 19299 | SPRINGFIELD | IL | 63102 |
| 29 | $56,084.71 | FMS INC/WALMART CHECK CASHING | PO BOX 707600 | | TULSA | OK | 62401 |
| 30 | $55,198.07 | KANSAS TURNPIKE AUTHORITY | PO BOX 780007 | | WICHITA | KS | 60689-5332 |
| 31 | $51,996.97 | LANDSHIRE, INC. | 727 N FIRST STREET | | ST LOUIS | MO | 60673-1232 |
| 32 | $51,698.56 | EFFINGHAM COUNTY | PO BOX 399 | | EFFINGHAM | IL | 60197-4203 |
| 33 | $48,465.99 | RYKO SOLUTIONS INC | 3217 MOMENTUM PLACE | | CHICAGO | IL | 60134-4025 |
| 34 | $45,256.39 | DR PEPPER SNAPPLE GROUP DBA | SEVEN UP SNAPPLE | 23214 NETWORK PLACE | CHICAGO | IL | 51501 |
| 35 | $44,822.87 | DUPAGE COUNTY COLLECTOR | PO BOX 4203 | | CAROL STREAM | IL | 66061 |
| 36 | $43,868.59 | BABA PEER | PO BOX 856 | | GREENUP | IL | 60031 |
| 37 | $42,389.73 | KANE COUNTY TREASURER | P.O. BOX 4025 | | GENEVA | IL | 66211 |
| 38 | $42,283.00 | POTTAWATAMIE COUNTY TREASURER | 227 S 6TH ST | | COUNCIL BLUFFS | IA | 66601 |
| 39 | $41,301.71 | RM CONSTRUCTION | 1250 N WINCHESTER STE G & H | | OLAHTE | KS | 60673-1245 |
| 40 | $39,683.07 | PINNACLE PROPANE EXPRESS, LLC. | 3815 GRANDVILLE | UNIT B | GURNEE | IL | 66111 |