**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Case No. BK 15-41915-11 |
| GAS-MART USA, INC., | ) | (Proposed Lead Case) |
| | ) | |
| Debtor. | ) | Chapter 11 |

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Case No. BK 15-41917-11 |
| AVING-RICE, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| *Joint Administration Requested* | ) | |

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Case No. BK 15-41918-11 |
| FRAN TRANSPORT & OIL CO., | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| *Joint Administration Requested* | ) | |

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | Case No. BK 15-41919-11 |
| G&G ENTERPRISES, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |
| *Joint Administration Requested* | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES AND
STATEMENT OF FINANCIAL AFFAIRS**

This matter comes on for hearing on July 6, 2015 at 1:30 p.m. (the "Hearing") pursuant to the Motion to Extend Time to File Schedules and Statement of Financial Affairs (doc. no. 25) filed July 2, 2015 (the "Motion"). For the reasons set forth in the Motion, and for good cause shown, it hereby ORDERED as follows:

1. The Motion is GRANTED.

2. Debtors and debtors in possession Gas-Mart USA, Inc., Aving-Rice, LLC, Fran Transport & Oil Co., and G&G Enterprises, LLC shall have up to and including August 3, 2015 to file their schedules and statement of financial affairs pursuant to § 521(a)(1)(B) of the Bankruptcy Code.

IT IS SO ORDERED.

/s/Arthur B. Federman
Honorable Arthur B. Federman
United States Bankruptcy Court

Dated:  July 7, 2015

SUBMITTED BY:

STINSON LEONARD STREET LLP


By:  _/s/ Paul M. Hoffmann_____
Paul M. Hoffmann MO # 31922
Patrick R. Turner NE # 23461 (*pro hac* pending)
Nicholas J. Zluticky MO # 61203
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
paul.hoffmann@stinsonleonard.com
patrick.turner@stinsonleonard.com
nicholas.zluticky@stinsonleonard.com

PROPOSED COUNSEL FOR THE DEBTORS


ATTORNEY FOR MOVANT TO SERVE

2