**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. BK 15-41915-11** |
| **GAS-MART USA, INC., et al.,** ) | (Lead Case) |
| ) | |
| Debtors. ) | Chapter 11 |

**APPOINTMENT AND NOTICE OF
APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. §1102(a), the United States Trustee hereby appoints the following creditors to serve on the Official Committee of Unsecured Creditors in the captioned case:

1. Paul Francis
   Farner-Bocken Company
   1751 Highway 30 East
   Carroll, IA 51401
   (712) 792-7456 phone
   (712) 792-7396 fax
   paul.francis@farner-bocken.com

2. G. Watson Bryant, Jr.
   Green Implementation Group, LLC
   3127 Maple Drive
   Atlanta, GA 30305
   (404) 233-4003 phone
   (404) 233-4133 fax
   wat99@comcast.net

3. Dan Strand
   Dan John Properties, LLC and John Dan Properties, LLC
   8702 Camino Real
   Scottsdale, AZ 85255
   (480) 515-4477 phone
   (602) 228-9200 fax
   dannyboy1@cox.net

4. Debra Foca
   CG Batavia Holdings, LLC
   2439 Kuser Road
   Hamilton, NJ 08690
   (609) 570-1074 phone
   dfoca@genesis-ip.com

5. Anthony E. Brice
   Klemm Tank Lines
   P.O. Box 11708
   Green Bay, WI 54307-1708
   (920) 434-6343 ext. 1117 phone
   (920) 434-6410 fax
   TonyB@KlemmTanklines.com

6. David Chris Swigart
   Sunrise AG Service
   20735 Hwy. 125 W.
   P.O. Box 108
   Virginia, IL 62691-0108
   (217) 248-5930 phone
   (217) 452-7754 fax
   dswigart@sunriseagsc.com

7. William Kaye
   The Coca-Cola Company
   c/o JLL Consultants, Inc.
   31 Rose Lane
   East Rockaway, NY 11518
   (516) 374-3705 phone
   (516) 569-6531 fax
   billkaye@jllconsultants.com


Date:   July 10, 2015                        Respectfully submitted,

                                             DANIEL J. CASAMATTA
                                             ACTING UNITED STATES TRUSTEE

                                             By: **/s/ Sherri L. Wattenbarger**
                                                 SHERRI L. WATTENBARGER
                                                 KS Bar # 16401
                                                 Trial Attorney
                                                 Office of the U.S. Trustee
                                                 400 East 9th St., Ste 3440
                                                 Kansas City, MO 64106
                                                 Telephone:   (816) 512-1940
                                                 Telecopier: (816) 512-1967
                                                 Email: sherri.wattenbarger@usdoj.gov

## CERTIFICATE OF MAILING

      The undersigned hereby certifies that a copy of the foregoing was served upon all parties receiving electronic notification and upon the members of the Committee electronically or by first-class mail, postage prepaid, this 10th day of July 2015.

                                            */s/ Sherri L. Wattenbarger*
                                            Sherri L. Wattenbarger