## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. BK 15-41915-11** |
| **GAS-MART USA, INC., et al.,** | ) | (Lead Case) |
| | ) | |
| Debtors. | ) | Chapter 11 |

### AMENDED APPOINTMENT AND NOTICE OF
### APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. §1102(a), the United States Trustee hereby appoints the following creditors to serve on the Official Committee of Unsecured Creditors in the captioned case:

1. Paul Francis
   Farner-Bocken Company
   1751 Highway 30 East
   Carroll, IA 51401
   (712) 792-7456 phone
   (712) 792-7396 fax
   paul.francis@farner-bocken.com

2. G. Watson Bryant, Jr.
   Green Implementation Group, LLC
   3127 Maple Drive
   Atlanta, GA 30305
   (404) 233-4003 phone
   (404) 233-4133 fax
   wat99@comcast.net

3. Dan Strand
   Dan John Properties, LLC and John Dan Properties, LLC
   8702 Camino Real
   Scottsdale, AZ 85255
   (480) 515-4477 phone
   (602) 228-9200 fax
   dannyboy1@cox.net

4. Conrad Ragan
   Pepsico, Inc. and Frito Lay North America, Inc.
   1100 Reynolds Blvd.
   Winston-Salem, NC 27102
   (336) 896-5699 phone
   (336) 896-6003 fax
   conrad.ragan@pepsico.com

5.     Anthony E. Brice
    Klemm Tank Lines
    P.O. Box 11708
    Green Bay, WI 54307-1708
    (920) 434-6343 ext. 1117 phone
    (920) 434-6410 fax
    TonyB@KlemmTanklines.com

6.     David Chris Swigart
    Sunrise AG Service
    20735 Hwy. 125 W.
    P.O. Box 108
    Virginia, IL 62691-0108
    (217) 248-5930 phone
    (217) 452-7754 fax
    dswigart@sunriseagsc.com

7.     William Kaye
    The Coca-Cola Company
    c/o JLL Consultants, Inc.
    31 Rose Lane
    East Rockaway, NY 11518
    (516) 374-3705 phone
    (516) 569-6531 fax
    billkaye@jllconsultants.com


Date:  July 13, 2015                    Respectfully submitted,

                                                    DANIEL J. CASAMATTA
                                                    ACTING UNITED STATES TRUSTEE

                                                    By: */s/ Sherri L. Wattenbarger*
                                                        SHERRI L. WATTENBARGER
                                                        KS Bar # 16401
                                                        Trial Attorney
                                                        Office of the U.S. Trustee
                                                        400 East 9th St., Ste 3440
                                                        Kansas City, MO 64106
                                                        Telephone:   (816) 512-1940
                                                        Telecopier: (816) 512-1967
                                                        Email: sherri.wattenbarger@usdoj.gov

## CERTIFICATE OF MAILING

      The undersigned hereby certifies that a copy of the foregoing was served upon all parties receiving electronic notification and upon the members of the Committee electronically or by first-class mail, postage prepaid, this 13th day of July 2015.

                                              ***/s/ Sherri L. Wattenbarger***
                                              Sherri L. Wattenbarger