**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GAS-MART USA, INC. *et al.*, | ) | Case No. 15-41915-abf11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Richard S. Lauter of the law firm of Freeborn & Peters LLP appears herein as proposed counsel to the Official Committee of Unsecured Creditors in the above-captioned case. Pursuant to Bankruptcy Rule 9010(b), Mr. Lauter requests, pursuant to Rules 2002, 3017, 9007, and 9010, and pursuant to 11 U.S.C. §§ 102(1), 342, and 1109(b), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given and served upon him and/or e-mailed to him at the following address:

> Richard S. Lauter
> Freeborn & Peters LLP
> 311 S. Wacker Drive, Suite 3000
> Chicago, Illinois 60606
> Telephone: 312.360.6000
> Facsimile: 312.360.6520
> E-mail: rlauter@freeborn.com

Mr. Lauter further requests that his name at the above address be entered upon the mailing matrix in this proceeding and that his name and e-mail be placed on the list to receive all notices pursuant to the Court's CM/ECF noticing system.

Respectfully submitted,

/s/ Richard S. Lauter

Richard S. Lauter
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone:  312.360.6000
Facsimile:   312.360.6520
E-mail: rlauter@freeborn.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 16, 2015, a copy of the forgoing was electronically filed and served upon all counsel of record via the Court's CM/ECF system.

/s/ Richard S. Lauter