**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Case No. BK 15-41915-11 |
| GAS-MART USA, INC. et al., ) | (Lead Case) |
| ) | |
| Debtors.[1] ) | Chapter 11 |

**NOTICE OF AUCTION RESULTS AND CERTAIN DESIRED 365 CONTRACTS**

Pursuant to Fed. R. Bank. P. 6004(f) and the Bid Procedures Order identified below, Debtors hereby notify the Court and all parties in interest of the following:

1. On December 7, 2015, Debtors filed a *Motion to Approve (a) One or More Potential Sale(s) of All Assets Free and Clear of all Liens, Interests, Claims and Encumbrances, and Related Procedures and Bid Protection Pursuant to 11 U.S.C. §363, and (b) The Potential Assumption and Assignment, or Rejection, of Certain Executory Contracts and Unexpired Leases, and Related Procedures Pursuant to 11 U.S.C. §365, and (c) The Potential Abandonment of Certain Assets Pursuant to 11 U.S.C. §554, and (d) Related Relief Pursuant to 11 U.S.C. §105* [Docket No. 449] (the "Sale Motion") in cases jointly administered under Case No. 15-41915 (the "Cases") currently pending in the United States Bankruptcy Court for the Western District of Missouri (the "Bankruptcy Court").[2]

2. In the Sale Motion, among other things, the Debtors seek an order of the Bankruptcy Court: (a) authorizing the Debtors to sell, pursuant to Bid Procedures set forth in Exhibit A to the Sale Motion and attached hereto, outside the ordinary course of business and free and clear of all liens, claims, encumbrances, and interests, all of the Debtors' right, title and interest substantially all of the assets owned by the Debtors (collectively, the "Assets") to the Successful Bidder(s)[3]; (b) authorizing the Debtors to assume and assign the Desired 365 Contracts (as defined below), to the extent that the Successful Bidder(s) requests such assumption and assignment; (c) authorizing the Debtors to reject certain Remaining 365 Contracts (as defined below) to the extent that the Successful Bidder(s) do not request assumption and assignment; (d) authorizing the Debtors to abandon assets to be specified by the Debtors that end up not being sold to the Successful Bidder(s)[4]; and otherwise granting all necessary and appropriate related relief. **A copy of the Sale Motion can be obtained at the website listed below.**

---

[1] Gas-Mart USA, Inc., debtor and debtor-in-possession in Case BK 15-41915-11, Aving-Rice, LLC, debtor and debtor-in-possession in Case BK 15-41917-11, Fran Transport & Oil Co., debtor and debtor-in-possession in Case BK 15-41918-11, G&G Enterprises, LLC, debtor and debtor-in-possession in Case BK 15-41919-11, and Fuel Service Mart, Inc., debtor and debtor-in-possession in Case BK 15-42930-11 (collectively referred to herein as "Debtors").

[2] Copies of the pleadings referenced in this Notice can be obtained at this website maintained by the Claims and Noticing Agent: http://www.bmcgroup.com/restructuring/GenInfo.aspx?ClientID=374

[3] Capitalized terms not defined herein shall have the meanings ascribed to them in the Sale Motion and Bid Procedures.

[4] Including but not limited to assets located at leased premises not assumed or assigned to Successful Bidder(s)

Auction Results

3. On December 17, 2015, after appropriate notice and hearing, this Court entered that certain *Order Approving the Procedures for the Solicitation of Offers for (a) One or More Potential Sale(s) of All Assets Free and Clear of all Liens, Interests, Claims and Encumbrances, and Related Procedures and Bid Protection Pursuant to 11 U.S.C. §363, and (b) The Potential Assumption and Assignment, or Rejection, of Certain Executory Contracts and Unexpired Leases, and Related Procedures Pursuant to 11 U.S.C. §365, and (c) The Potential Abandonment of Certain Assets Pursuant to 11 U.S.C. §554, and (d) Related Relief Pursuant to 11 U.S.C. §105* [Docket No. 476] (the "Bid Procedures Order"). The Bid Procedures Order approved certain Bid Procedures and other relief requested in the Sale Motion.

4. On December 19, 2016, the Auction contemplated in the Sale Motion and Bid Procedures Order was held. Ten Qualified Bidders participated in the Auction. The Auction commenced at approximately 9:30 a.m. prevailing Central time, and concluded at approximately 7:15 p.m. prevailing Central time. A copy of the sign-in sheet for the people at the auction is attached as Exhibit A.

5. An itemized statement of the property sold, the name of each party who submitted a Successful Bid, and the price received for each item or lot is attached as Exhibit B. In addition, the Sale Agent has identified the highest and best bid for certain assets of Fran Transport & Oil Co. to be the bid of $285,000 by Sentinel. However, at the time this Notice is filed, the Sale Agent is not able to identify the highest and best bid for the remaining assets because (a) the Fortress/Lion and GPM/PPRE bids have not yet been reduced to a final executed Asset Purchase Agreement, and (b) the consent of the Senior Lien Holder for the Property(ies) affected by such Qualified Bids has not been obtained.

Desired 365 Contracts

6. At the time this Notice is filed, the only known Desired 365 Contracts within the meaning of the bid Procedures Order are the unexpired nonresidentail real porperty leases identified in Exhibit C. However, pursuant to the Bid Procedures Order, the Debtors reserve the right to further amend Exhibit B at any time prior to a closing with a Successful Bidder.

**STINSON LEONARD STREET LLP**

By: /s/ Paul M. Hoffmann

Paul M. Hoffmann MO # 31922
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 691-2456
Facsimile: (816) 421-9325
paul.hoffmann@stinson.com

*COUNSEL FOR THE DEBTORS*

2

Exhibit A

Auction Sign-In Sheet

[see attached]

CORE/3006787.0002/114131060.1

Gas-Mart Auction – January 19, 2016 – Sign-Up Sheet

| # | Printed Name | Signature | Company |
|---|---|---|---|
| 1 | Mark Benedict | [signature] | Husch Blackwell, LLP |
| 2 | TIMOTHY LAVELLE | [signature] | SNC JJ Holdings |
| 3 | John Cruccioni | [signature] | Husch Blackwell |
| 4 | Nate Lincoln | [signature] | Lincoln Farm + Home |
| 5 | MARK LINCOLN | [signature] | " " " |
| 6 | Dillon Shuppe | [signature] | Meyer Oil Co |
| 7 | JEFF CAGLE | [signature] | Sentinel Trans. |
| 8 | JAY AHMED | [signature] | PROGRESSIVE PETROLEUM |
| 9 | FARRUKH BAGASRA | [signature] | Progressive Petroleum |
| 10 | HA-- | [signature] | " |
| 11 | Dennis Ruben | [signature] | NRC Realty Advisors |
| 12 | Ian Walker | [signature] | NRC |
| 13 | Arie Kotler | [signature] | GPM |
| 14 | Jules Schwarz | [signature] | GPM |
| 15 | Don Peters | DP | Lion |
| 16 | -- Khan | [signature] | Lion |
| 17 | John Beck | [signature] | Lion |
| 18 | Paul Francis | Paul Francis | Farner-Bocken |
| 19 | Steve Sutton | Steve Sutton | Wells Fargo |
| 20 | Richard Peil | [signature] | Glass Ratner |
| 21 | Paul Sinclair | [signature] | Polsinelli |
| 22 | Devon Eggert | [signature] | Freeborn |
| 23 | Danny Strand | [signature] | D/J LLC, J/D LLC |
| 24 | Rich Lauter | [signature] | " |

& SEE REVERSE

1

| Name | Signature | Firm |
|---|---|---|
| Eric Johnson | *[signature]* | Spencer Fane LLP |
| Scott Goldstein | *[signature]* | Spencer Fane |

Gas-Mart Auction – January 19, 2016 – Sign-Up Sheet

| # | Printed Name | Signature | Company |
|---|---|---|---|
| 25 | ARIELLA SIMONDS | [signature] | SIDLEY AUSTIN |
| 26 | Greg Shoemaker | [signature] | Fortress |
| 27 | Keith Witten | [signature] | Gilliland Hayes - Fidelity & Dep. Co. of Md |
| 28 | RON FUHR | CALL-IN | |
| 29 | Evan Blum | [signature] | Miss Rosen |
| 30 | Jeff Deines | [signature] | Lentz Clark Deines PA |
| 31 | Mark Moss | [signature] | UMB |
| 32 | Bill Houser | [signature] | Sunlife |
| 33 | Mark Moedritzer | [signature] | Phillips 66 |
| 34 | Chris Henry | [signature] | Cardtronics / Payne & Jones |
| 35 | JEFF Aldridge | CALL IN | |
| 36 | EYAL SHAWITE | CALL IN | GPN? |
| 37 | JOHN WORTMAN | CALL IN | Bidder |
| 38 | [illegible] | [signature] | [illegible] |
| 39 | GAIL EAGLE | Dan Eagle | St Johns Bank |
| 40 | Kevin Euler | K. Euler | St. Johns Bank |
| 41 | [signature] | David Tiffany | Gilkey Partners |
| 42 | [signature] | UMB | BRIAN P. BOLAND |
| 43 | ERIC Johnson | | Spencer Fane |
| 44 | Scott Goldstein | | Spencer Fane |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |

2

<u>Exhibit B</u>

<u>Final Bid Summary</u>

[see attached]

Notes:

1.     The full names of the bidders are

Fortress = CF United Holdings, LLC

Lion = Lion Petroleum, Inc.

SNC = SNC JJ Holdings, LLC

St John's = St. Johns Bank

Sentinel = Sentinel Transportation, LLC

PPRE = PPRE, LLC

GPM = GPM Investments, LLC

2.     The dollar amounts do <u>not</u> include the Inventory Adjustment specified in the related Asset Purchase Agreements (for unsold fuel and merchandise as of the Closing Date), which will be an addition to the specified price for each specified location.

3.     The "overbid allocation" is an estimate – the actual overbid protection is 3% of the original PPRE purchase price, plus actual expenses capped at $50,000

4

**Gas-Mart Competing Bid Summary**

| LOT NO. | STORE NO. | LOCATION | Bid Package #1 | | | | | | Bid Package #2 | | | | | | First Lien Holder |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fortress | Lion | SNC - Credit Bid | St John's - Credit Bid | Sentinal | Total | PPRE | GPM | SNC - Credit Bid | St John's - Credit Bid | Sentinal | Total | |
| 1 | 20 | 200 Fabyan Parkway, Batavia, IL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | UMB as DIP Lender/ WF equipment (disputed) |
| 2 | 22 | 201 N Route 47, Sugar Grove, IL | - | - | - | - | - | - | - | - | - | - | - | - | UMB as DIP Lender/WF equipment (disputed) |
| 3 | 24 | 331 Rice Lake Square, Wheaton, IL | 100,000 | - | - | - | - | 100,000 | 101,303 | - | - | - | - | 101,303 | UMB as DIP Lender/WF equipment (disputed) |
| 4 | 26 | 2100 W Army Trail, Addison, IL | 100,000 | - | - | - | - | 100,000 | 101,303 | - | - | - | - | 101,303 | UMB as DIP Lender/WF equipment (disputed) |
| 5 | 28 | 2006 Center Avenue, Janesville, WI | 727,405 | - | - | - | - | 727,405 | 736,887 | - | - | - | - | 736,887 | Sun Life/WF equipment (disputed) |
| 6 | 29 | 8209 Burden Road, Machesney, IL | 521,412 | - | - | - | - | 521,412 | - | 400,000 | - | - | - | 400,000 | Sun Life/WF equipment (disputed) |
| 7 | 35 | Route 34 & Griswold, Sandwich, IL | 100,000 | - | - | - | - | 100,000 | 101,303 | - | - | - | - | 101,303 | St Johns Bank/WF equipment (disputed) |
| 8 | 38 | 28 W 244 Warrenville, IL | 175,000 | - | - | - | - | 175,000 | 177,281 | - | - | - | - | 177,281 | Sun Life/WF equipment (disputed) |
| 9 | 41 | 5149 W 79 Street, Burbank, IL | 801,255 | - | - | - | - | 801,255 | 811,699 | - | - | - | - | 811,699 | Sun Life/WF equipment (disputed) |
| 10 | 44 | 14747 159th, Lockport, IL | 1,438,197 | - | - | - | - | 1,438,197 | 1,456,944 | - | - | - | - | 1,456,944 | Sun Life/WF equipment (disputed) |
| 11 | 45 | 15229 S. Cicero, Oak Forest, IL | 150,000 | - | - | - | - | 150,000 | 151,955 | - | - | - | - | 151,955 | Sun Life/WF equipment (disputed) |
| 12 | 46 | 18280 S Pulaski Rd. Country Club Hills, IL | 217,507 | - | - | - | - | 217,507 | 220,342 | - | - | - | - | 220,342 | Sun Life/WF equipment (disputed) |
| 13 | 47 | 323 Ridge Road, Munster, IN | 1,619,224 | - | - | - | - | 1,619,224 | 1,640,330 | - | - | - | - | 1,640,330 | Sun Life/WF equipment (disputed) |
| 14 | 51 | 11919 Fort Street, Omaha, NE | - | 350,000 | - | - | - | 350,000 | - | 175,000 | - | - | - | 175,000 | UMB/Sun Life/WF equip (disputed) |
| 15 | 53 | 611 East Broadway, Council Bluffs, IA | - | 350,000 | - | - | - | 350,000 | - | 175,000 | - | - | - | 175,000 | UMB/Sun Life/WF equip (disputed) |
| 16 | 54 | 503 9th Avenue, Council Bluffs, IA | - | 300,000 | - | - | - | 300,000 | - | 100,000 | - | - | - | 100,000 | UMB/Sun Life/WF equip (disputed) |
| 17 | 55 | 1200 Locust St. Glenwood, IA | - | 1,800,000 | - | - | - | 1,800,000 | - | 1,550,000 | - | - | - | 1,550,000 | UMB/Sun Life/WF equip (disputed) |
| 18 | 60 | 429 Veterans Mem. Hwy. Council Bluffs, IA | - | 150,000 | - | - | - | 150,000 | - | - | - | - | - | - | Sun Life/WF equipment (disputed) |
| 19 | 61 | 15809 S Rt 59, Plainfield, IL | 50,000 | - | - | - | - | 50,000 | - | 50,652 | - | - | - | 50,652 | UMB as DIP Lender/WF equipment (disputed) |
| 20 | 63 | 2301 S. Banker Suite B, Effingham, IL | 74,741 | - | - | - | - | 74,741 | - | - | - | 75,000 | - | 75,000 | St Johns Bank |
| 21 | 64 | 1104 W Fayette, Effingham, IL | 529,930 | - | - | - | - | 529,930 | - | 100,000 | - | - | - | 100,000 | St Johns Bank |
| 22 | 65 | 703 S. Maple, Mulberry Grove, IL | - | - | 174,999 | - | - | 174,999 | - | - | 310,000 | - | - | 310,000 | SNC |
| 23 | 68 | 2301 S. Banker, Effingham, IL | 173,363 | - | - | - | - | 173,363 | - | 20,000 | - | - | - | 20,000 | St Johns Bank |
| 24 | 71 | 1302 S. West St., Olney, IL (closed) | - | - | 25,000 | - | - | 25,000 | - | - | 100,000 | - | - | 100,000 | SNC |
| 25 | 72 | 1500 S. Rout 127, Greenville, IL | 49,729 | - | - | - | - | 49,729 | - | - | - | 50,000 | - | 50,000 | St Johns Bank |
| 26 | 74 | 491 Franklin St., Carlyle, IL | 200,797 | - | - | - | - | 200,797 | - | 100,000 | - | - | - | 100,000 | St Johns Bank |
| 27 | 75 | 1706 W. Main, Salem, IL | 754,923 | - | - | - | - | 754,923 | - | 1,218,000 | - | - | - | 1,218,000 | St Johns Bank |
| 28 | 78 | 101 W. Cumberland, St. Elmo, IL | - | 120,000 | - | - | - | 120,000 | - | 120,000 | - | - | - | 120,000 | SNC |
| 29 | 79 | 1507 W. Fayette, Effingham, IL | 100,000 | - | - | - | - | 100,000 | - | 15,000 | - | - | - | 15,000 | St Johns Bank |
| 30 | 84 | 610 E. Main, Carmi, IL | 232,499 | - | - | - | - | 232,499 | - | - | 417,001 | - | - | 417,001 | SNC |
| 31 | 88 | 640 W. Main, Benton, IL | 382,715 | - | - | - | - | 382,715 | - | - | - | 385,000 | - | 385,000 | St Johns Bank |
| 32 | 89 | 617 W. Broadway, Centralia, IL | 100,505 | - | - | - | - | 100,505 | - | - | 370,000 | - | - | 370,000 | SNC |
| 33 | 90 | 3200 W. Broadway, Mount Vernon, IL | 37,497 | - | - | - | - | 37,497 | - | - | - | 300,000 | - | 300,000 | St Johns Bank |
| 34 | 92 | 101 E. Fayette, Effingham, IL | - | - | 94,999 | - | - | 94,999 | - | 95,000 | - | - | - | 95,000 | SNC |
| 35 | 93 | 506 E. Elm, Gillespie, IL | - | - | 25,000 | - | - | 25,000 | - | - | 200,000 | - | - | 200,000 | SNC |
| 36 | 94 | 600 N. Park, Herrin, IL (closed) | - | - | - | 25,000 | - | 25,000 | - | - | - | 25,000 | - | 25,000 | St Johns Bank |
| 37 | 95 | Hwy 37 North, Salem, IL (1120 N. Vail Salem IL) | 123,283 | - | - | - | - | 123,283 | - | 20,000 | - | - | - | 20,000 | St Johns Bank |
| 38 | 96 | 201 N Park Rt. 48, Sesser, IL | - | - | 25,000 | - | - | 25,000 | - | - | 350,000 | - | - | 350,000 | SNC |
| 39 | 97 | 309 Springcreek Rd., Montrose, IL | 240,016 | - | - | - | - | 240,016 | - | 230,000 | - | - | - | 230,000 | Aldrich |
| 40 | 98 | 601 Iowa St. Edgewood, IL | - | 365,000 | - | - | - | 365,000 | - | 350,000 | - | - | - | 350,000 | Aldrich |
| 41 | 19 | 10 South Randall Road, Algonquin, IL | - | - | - | - | - | - | - | - | - | - | - | - | UMB as DIP Lender |
| 42 | 21 | 12819 143rd Street, Lockport, IL | - | - | - | - | - | - | - | - | - | - | - | - | UMB as DIP Lender |
| 43 | 23 | 2501 Light Road, Oswego, IL | - | - | - | - | - | - | - | - | - | - | - | - | UMB as DIP Lender |
| 44 | n/a | 10777 Barkley Street, Overland Park, KS | - | - | - | - | - | - | - | - | - | - | - | - | UMB as DIP Lender |
| 45 | n/a | Fran Transport Assets | - | - | - | - | 285,000 | 285,000 | - | - | - | - | 285,000 | 285,000 | Wells Fargo (disputed) |
| 46 | n/a | 102 Cumberland Road, Altamont, IL | - | - | - | - | - | - | - | - | - | - | - | - | UMB as DIP Lender |
| 47 | n/a | G&G assets | - | - | - | - | - | - | - | - | - | - | - | - | Wells Fargo (disputed) |
| | | vacant land | - | 30,000 | - | - | - | 30,000 | - | 25,000 | - | - | - | 25,000 | |
| | | Overbid allocation | | | | | | | | 204,000 | | | | 204,000 | |
| | | TOTALS | $ 9,000,000 | $ 3,465,000 | $ 344,998 | $ 25,000 | $ 285,000 | $ 13,119,996 | $ 5,499,347 | $ 4,947,652 | $ 1,747,001 | $ 835,000 | $ 285,000 | $ 13,314,000 | |

Exhibit C

Current Desired 365 Contracts

| Non-Debtor Counterparty | Nature of Contract or Lease | Proposed Cure Amount |
|---|---|---|
| RICE LAKE SQUARE LP<br>GROSVENOR - RICE LAKE DIV-#29<br>PO BOX 823523<br>PHILADELPHIA, PA 19182-3523 | Lease in Wheaton, IL (store 24) | 39,901.80 |
| VANGEMERT, LAURA<br>43 W 873 HAWKEYE DRIVE<br>ELBURN, IL 60119 | Lease in Addison, IL (store 26) | 24,996.00 |
| Nor-Am Service Corporation<br>12520 S. 71 Hwy<br>Grandview, MO 64030 | Lease Agreement in Plainfield, IL (store 61) | 19,161.00 |

5